STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Email: Gabriela_Bischof@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT MARES,<br><br>    Defendant. | No. CR 93-20042-09 RMW<br><br>**STIPULATION AND []**<br>**ORDER REGARDING SENTENCE**<br>**REDUCTION UNDER U.S.S.G. § 1B1.1(b)**<br>**AND AMENDMENT 782** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level: 38

   Criminal History Category: VI

   Guideline Range: 360 months to life

   Mandatory Minimum: 120 months

3. Defendant was sentenced to 360 months imprisonment on August 15, 1996.

4. According to the Bureau of Prisons, Defendant's current projected release date is July 26, 2019.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

   Total Offense Level: 36

   Criminal History Category: VI

   Guideline Range: 324 to 405 months

   Mandatory Minimum: 120 months

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 324 months**, effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing

1   Reduction Investigation Report and a proposed amended judgment will be submitted to
2   the Court.

4   IT IS SO STIPULATED.

6   August 27, 2015                              s/ *J. Douglas Wilson*
    _____           _____
7   DATED                                MELINDA L. HAAG
8                                        United States Attorney
                                         J. DOUGLAS WILSON
9                                        Assistant United States Attorney
10                                       Northern District of California

12  August 27, 2015                              s/ *Gabriela A. Bischof*
    _____           _____
13  DATED                                STEVEN G. KALAR
14                                       Federal Public Defender
                                         GABRIELA A. BISCHOF
15                                       Assistant Federal Public Defender
16                                       Northern District of California

19                                   **[] ORDER**

21  IT IS SO ORDERED.

22                                                    *Ronald M. Whyte*
    _____           _____
23  DATED                                RONALD M. WHYTE
24                                       United States District Judge

*3582 STIP*, CR 93-20042-09 RMW
DEF. MARES                           3